IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LUIS ELIZALDE,<br>*Plaintiff* | § § § | |
| v. | § § § § | CIVIL ACTION NO. 2:23-cv-180 |
| BEE COUNTY, TEXAS and<br>ERIC SIERRA<br>*Defendants* | § § § § | JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COMES, Luis Elizalde, Plaintiff, and moves for default judgment and would show unto the Court as follows:

### I.
### INTRODUCTION

1. Plaintiff, Luis Elizalde, is a resident of Bee County, Texas.

2. Defendant, Eric Sierra, is (or was) a jailer employed by the Bee County Sheriff's Office and is a resident of Bee County, Texas.

### II.
### FACTS

3. Plaintiff sued Defendant, Eric Sierra, for personal injury.

4. Plaintiff filed his Complaint on July 16, 2023.

5. On May 28, 2024, Defendant Eric Sierra, was personally served with the summons. See attached Exhibit "A".

6. Defendant, Eric Sierra's answer was due on June 18, 2024.

7. Defendant, having been duly served and provided with ample time in which to appear, has failed to file an answer or any other pleading constituting an answer in this case.

8. Defendant, Eric Sierra's last known address is 1404 N. Hackberry St., Beeville, Texas 78102.

9. Defendant, Eric Sierra, on information and belief, is not in the military service of the United States or is represented by a guardian.

10. This is a § 1983 case. Plaintiff incorporates the allegations in his *Original Complaint* and this Court's *Entry of Default* (E.C.F. No. 28) in this motion as if fully stated herein.

11. In support of this motion and his claims for personal injury damages, Plaintiff attaches the following medical records:

    - Exhibit "B-1"      Summary of Medical Records
    - Exhibit "B-2(a)"   Christus Spohn Hospital-Beeville
      Exhibit "B-2(b)"
    - Exhibit "B-3"      Mauger Medical and Rehab
    - Exhibit "B-4"      Open MRI of Corpus Christi
    - Exhibit "B-5"      TBI Diagnostics

    In further support of Plaintiff's claims for personal injury damages, Plaintiff attaches the following medical bills:

    - Exhibit "C-1"      Summary of Medical Bills
    - Exhibit "C-2"      Mauger Medical and Rehab
    - Exhibit "C-3"      TBI Diagnostics
    - Exhibit "C-4"      Open MRI of Corpus Christi

Plaintiff expects to receive additional documents to submit to the Court supporting his claims for personal injury damages.

12. Plaintiff asks the Court to render a default judgment establishing Defendant Eric Sierra's liability and, after a hearing, pursuant to Federal Rule of Civil Procedure 55, award Plaintiff damages based on the pleadings and evidence.

13. Plaintiff is entitled to a default judgment on damages.

14. Plaintiff requests reimbursement of all costs of court incurred by Plaintiff.

## PRAYER

**WHEREFORE PREMISES CONSIDERED,** Plaintiff asks the Court to grant Plaintiff's Motion for Default Judgment on liability and after a hearing on the evidence, grant Judgment for damages as the Court finds appropriate.

Respectfully submitted,

WEBB CASON & MANNING, PC
710 Mesquite Street
Corpus Christi, Texas 78401
Telephone: (361) 887-1031
Facsimile: (361) 887-0903

By: */s/ Matthew S. Manning*
Matthew S. Manning
Southern District of Texas ID 3504172
SBN: 24075847
E: matt@wcctxlaw.com
Service E-mail: service@wcctxlaw.com
ATTORNEY FOR LUIS ELIZALDE

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served on all counsel of record on this the 18th day of September, 2025 via ECF electronic notice in compliance with Rule 5 of the Federal Rules of Civil Procedure and paragraph 9 of the Southern District of Texas's Administrative Procedures for Electronic Filing in Civil and Criminal Cases by notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure.

*/s/ Matthew S. Manning*
Matthew S. Manning