Case 2:23-cv-00180   Document 39   Filed 01/14/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LUIS ELIZALDE, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 2:23-CV-00180 |
| | § |
| ERIC SIERRA, | § |
| | § |
| Defendant. | § |

## DEFAULT JUDGMENT AGAINST ERIC SIERRA

On December 16, 2024, the Clerk of the Court entered default against Defendant. D.E. 28. On September 18, 2025, Plaintiff filed a motion for default judgment against Eric Sierra, later amending the motion. D.E. 30, 32. On October 30, 2025, this Court heard evidence on Plaintiff's claims and damages. Plaintiff testified concerning the events that transpired, his injuries, medical expenses, and pain and suffering. Plaintiff's counsel also submitted an affidavit as to his reasonable attorney's fees. D.E. 37-1.

Based on the evidence presented by Plaintiff, the Court **FINDS** that Defendant Eric Sierra was properly served but failed to answer or make an appearance. Further, the entry of default judgment against Defendant is procedurally and substantively warranted as to Plaintiff's claims. The Court further **FINDS** that Plaintiff has been injured and suffered damages as follows:

1. Medical expenses:[1] $36,283

2. Pain and suffering: $218,400

3. Reasonable attorney's fees:[2] $3,920

Therefore, the Court **GRANTS** default judgment in favor of Luis Elizalde and against Eric Sierra and **ORDERS** that Plaintiff recover from Defendant the sum of $258,603.[3] Additionally, Plaintiff is entitled to postjudgment interest at the rate of 3.51% on the judgment, calculated and compounded according to 28 U.S.C. § 1961 from the date of this judgment until paid.

**IT IS ORDERED** that Plaintiff shall be entitled through abstract, execution and any other process necessary to enforce this judgment. The Court orders execution to issue for this judgment. All relief not expressly granted herein is **DENIED**. This is a final judgment.

**ORDERED** on January 14, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

---

[1] *See* D.E. 32-9.

[2] Based on 9.8 hours of work at $400 per hour. *See* D.E. 37-1.

[3] Lost wages are not included in these total damages because lost wages were not discretely pled in the complaint. *See* D.E. 1.